UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARRYL K. SEDGEWICK,<br><br>Defendant. | Crim. Action No. 01-398 (CKK)<br><br>**FILED**<br>DEC 1 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

This matter comes before the Court upon the receipt of a Report and Recommendation dated August 16, 2007, from Magistrate Judge Alan Kay, that recommends revoking Defendant's supervised release. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 13th day of December, 2007,

**ORDERED** that the Report and Recommendation is hereby ADOPTED and that Defendant's supervised release is revoked; and it is

**FURTHER ORDERED** that the case has been scheduled for Re-sentencing on Thursday, January 10, 2008, at 9:00 a.m. in Courtroom 28A, 6th Floor of the Annex.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Tony Miles, AFPD
Angela George, AUSA
Megan Chester, Probation Officer

